| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:00CR74 |
| ) | |
| RICHARD ALLEN JACKSON ) | |

## SUPPLEMENT TO MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES Richard Allen Jackson and supplements his Motion for Appointment of Lead Counsel and Co-Counsel to Pursue Post-Conviction Remedies with the attached Financial Affidavit, CJA-23. He respectfully requests that the undersigned be appointed nunc pro tunc to 1 September 2004.

RESPECTFULLY submitted this the 26th of October, 2004.

**RUDOLF WIDENHOUSE & FIALKO**

M. Gordon Widenhouse Jr.,; NCSB #10107
312 West Franklin Street
Chapel Hill, NC 27516
Telephone: 919-967-4900
Telefax:     919-967-4953

**Center for Death Penalty Litigation, Inc.**

Shelagh Kenney
201 West Main Street
Suite 301
Durham, NC 27701
Telephone: 919-956-9545
Telefax:      919-956-9547

2

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing **Supplement to Motion For Appointment Of Counsel** was duly served upon the following by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service.

This the 26th day of October, 2004.

RUDOLF WIDENHOUSE & FIALKO

M. Gordon Widenhouse, Jr.
312 West Franklin Street
Chapel Hill, NC 27516
Telephone: 919-967-4900
Telefax:    919-967-4953

Served on:

Richard L. Edwards
AUSA
233 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

01-108-P15

| IN UNITED STATES | ☐ MAGISTRATE | X DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|

IN THE CASE OF

| | | FOR | | LOCATION NUMBER |
|---|---|---|---|---|
| United States V.S. Richard Allen Jackson | | Western District of North Carolina | | ▶ |
| | | AT Asheville | | |

PERSON REPRESENTED (Show your full name)
Richard Allen Jackson

| 1 | ☐ | Defendant—Adult |
|---|---|---|
| 2 | ☐ | Defendant - Juvenile |
| 3 | ☐ | Appellant |
| 4 | ☐ | Probation Violator |
| 5 | ☐ | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | X | 2255 Petitioner (CApital) |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

DOCKET NUMBERS

Magistrate

District Court
00-CR-74-1

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)     X Felony
Use of firearm in murder and kidnapping resulting in sentence     ☐ Misdemeanor
of death.

## ASSETS

### EMPLOY-MENT

Are you now employed? ☐ Yes   ☐ No   ☐ Am Self-Employed   4200 bureau Rd.
Name and address of employer: USP-TERRE HAUTE, Terre Hauh, IN 47808

IF YES, how much do you earn per month? $ $25.00
IF NO, give month and year of last employment How much did you earn per month? $

If married is your Spouse employed?   ☐ Yes   ☑ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____     SOURCES _____

### CASH

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes ☐ No   IF YES, state total amount $

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____     DESCRIPTION _____

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS
✓ SINGLE
_ MARRIED
_ WIDOWED
_ SEPARATED OR DIVORCED

Total No. of Dependants: 0

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct   Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶   Richard Allen Jackson

April 5, 2012
My Commission Expires

_____ (Notary)

## Inmate Inquiry

**PRINT**

| | | | |
|---|---|---|---|
| Inmate Reg #: | 16669058 | Current Institution: | Terre Haute USP |
| Inmate Name: | JACKSON, RICHARD | Housing Unit: | SCU |
| Report Date: | 10-14-2004 | Living Quarters: | D02-016l |
| Report Time: | 1:27:37 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1672 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/10/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 10/10/2004 5:56:30 PM |
| Account Status: | Active |
| ITS Balance: | $0.03 |

### FRP Plan Information

**FRP Plan Type**     **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $29.63 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $29.63 |
| National 6 Months Deposits: | $747.47 |
| National 6 Months Withdrawals: | $742.24 |
| National 6 Months Avg Daily Balance: | $49.70 |
| Local Max. Balance - Prev. 30 Days: | $100.44 |
| Average Balance - Prev. 30 Days: | $42.09 |

*LAST 6 mos. Deposits.*

*(812) 238-1531 Ext. 386*

http://140.1.25.16/InmateInquiryCombined.aspx                          10/14/2004

# Commissary History

### Purchases

Validation Period Purchases: $12.37
YTD Purchases: $12.37
Last Sales Date: 10/8/2004 8:55:28 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $2.15
Remaining Spending Limit: $287.85

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

### Comments:

http://140.1.25.16/InmateInquiryCombined.aspx

10/14/2004