FILED
ASHEVILLE, N.C.

2004 NOV 16 PM 4: 01

DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:00CR74-1
1:04CV251

UNITED STATES     )
            )
v.          )
            )
            )
RICHARD ALLEN JACKSON  )

## MOTION FOR RECORDS OF THE
## BUNCOMBE COUNTY DEPARTMENT OF SOCIAL SERVICES

NOW COMES Richard Allen Jackson, by and through undersigned counsel, and moves this Court, pursuant to its inherent authority, to issue an order requiring the Buncombe County Department of Social Services ("Department") to furnish Mr. Jackson's counsel with all records maintained by the Department on those individuals identified as the foster parents for Mr. Jackson, including (1) Mr. James E. and Mrs. Grace Helen Brown; (2) Mrs. Della Jenkins; (3) Mr. and Mrs. George Shelton; (4) Mr. Richard and Mrs. Mary Alice Greene; (5) Mrs. Bradshaw; and (6) Mr. J.D. and Mrs. Sally Jackson.

In support of this Motion, the undersigned shows unto the Court the following:

1. On October 12, 1995, the Honorable James U. Downs issued an Order authorizing the Buncombe County Department of Social Services to "turn over all of its records pertaining to Richard Allen Jackson . . . ."

2. Counsel for Mr. Jackson in the state court proceedings were then provided all records maintained by the Buncombe County Department of Social Services. These DSS records include information concerning Mr. Jackson's numerous placements in foster care.

3. According to these records, Mr. Jackson was placed in the care of Mr. James

E. and Mrs. Grace Helen Brown from April 24, 1970 until March 9, 1972.

4.     On March 9, 1972, Mr. Jackson was placed in the care of Mrs. Della Jenkins and removed from this home on June 27, 1973.

5.     On June 27, 1973, Mr. Jackson was placed in the care of Mr. and Mrs. George Shelton and was removed from this foster care placement on May 17, 1974.

6.     On May 17, 1974, Mr. Jackson was placed in the care of Mr. Richard and Mrs. Mary Alice Greene.

7.     In early 1975, Mr. Jackson was in the temporary care of Mrs. Bradshaw.

8.     On January 24, 1975, Mr. Jackson was removed from the home of Mr. and Mrs. Richard Greene and placed in the home of Mr. J.D. Jackson and Mrs. Sally Jackson.

9.     All placements were in Buncombe County in Asheville, North Carolina.

10.    During his placement in foster care, Mr. Jackson was provided mental health treatment at Blue Ridge Center due to his behavior in a number of foster homes. In 1974, when Mr. Jackson was approximately five years old, there were reports that he acted inappropriately sexually and had learning and other emotional problems. In addition, there were allegations by one foster parent that another foster parent caring for Petitioner showed no affection or attention to him.

11.    In order to provide effective assistance of counsel as guaranteed by the Sixth and Fourteenth Amendments to the United States Constitution, counsel need access to all records and findings concerning Mr. Jackson's caretakers while under the care of the Buncombe County Department of Social Defendant. Counsel believe that any and all information regarding these foster parents and whether DSS received any complaints regarding these caretakers or investigated any of these foster parents for misconduct is

necessary to effective representation.

12. Such information is critical to a thorough mitigation investigation. As the United States Supreme Court recently noted in *Wiggins v. Smith*, 539 U.S. 510,123 S. Ct. 2527 (2003), the department of social services records concerning the petitioner detailed the extremely difficult circumstances of the petitioner's placement in foster care. Although trial counsel for the petitioner did have in their possession some department of social services records, they did not expand their investigation beyond these records and thus failed to conduct a proper investigation of mitigating evidence. In so doing, the Court noted that counsel's conduct "fell short of the standards for capital defense work articulated by the American Bar Association (ABA) -- standards to which we long have referred as "guides to determining what is reasonable." *Wiggins*, 123 S. Ct. at 2536-37 (citations omitted).

13. Accordingly, undersigned counsel believe that a thorough mitigation investigation requires the discovery of any additional documents from the Buncombe County Department of Social Services, including information regarding the numerous foster parents who cared for Mr. Jackson. Disclosure of Department records to counsel is necessary to the proper administration of justice.

14. Counsel agree not to disclose the records to anyone other than those assisting counsel in this case.

WHEREFORE, Petitioner respectfully prays the Court for the following relief:

1. That the Court order the Buncombe County Department of Social Services to provide undersigned counsel with a copy of any and all records concerning the Department's investigation of any of Mr. Jackson's foster placements, including Mr. James E. and Mrs. Grace Helen Brown, Mrs. Della Jenkins, Mr. and Mrs. George Shelton, Mr. and

Mrs. Richard Greene, Mrs. Bradshaw and Mr. J.D. and Mrs. Sally Jackson.

2.     For such other and further relief as the Court deems just and appropriate.

Respectfully submitted this the 16th day of November, 2004.

M. Gordon Widenhouse, Jr.
NC State Bar No. 10107
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:   919-967-4900
Telefax:        919-967-4953

Shelagh Rebecca Kenney
NC State Bar No. 28202
Center for Death Penalty Litigation, Inc.
201 West Main Street, Suite 301
Durham, NC 27701
Telephone:   919-956-9545
Telefax:        919-956-9547

Attorneys for Richard Allen Jackson

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Records of the Buncombe County Department of Social Services was duly served upon the following by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

Richard L. Edwards
Assistant U.S. Attorney
233 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

This the 16th day of November, 2004.

Shelagh Rebecca Kenney
NC State Bar No. 28202
Center for Death Penalty Litigation, Inc.
201 West Main Street, Suite 301
Durham, NC 27701
Telephone:   919-956-9545
Telefax:     919-956-9547

Attorney for Richard Allen Jackson