IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
2004 NOV 22 AM 2:03
W. DIST. OF N.C.

CIVIL NO. 1:04CV251
(1:00CR74)

| | | |
|---|---|---|
| RICHARD ALLEN JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 and his accompanying motions for leave to interview the jurors from his criminal trial and for the production of records from the Buncombe County Department of Social Services.

The Court will require responses from the Government as to these motions.

**IT IS, THEREFORE, ORDERED** that the Government file response to the Petitioner's motions to interview jurors and for the production of the DSS records on or before December 6, 2004.

**IT IS FURTHER ORDERED** that the Government advise the Court of its position on or before December 10, 2004, as to the Defendant's motion for leave to file amendments to his petition. After receiving the Government's response, the Court will determine whether discovery and/or an evidentiary hearing will be necessary.

The Government need not file answer to the petition herein until the ordered responses are filed and the Court has entered rulings thereon.

THIS the _____ day of November, 2004.

_____
LACY H. THORNBURG
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
for the
Western District of North Carolina
November 22, 2004

siw

* * MAILING CERTIFICATE OF CLERK * *

Re: 1:04-cv-00251

True and correct copies of the attached were mailed by the clerk to the following:

M. Gordon Widenhouse, Esq.
Rudolf, Maher, Widenhouse, & Fialko
312 West Franklin Street
Chapel Hill, NC  27516

Thomas R. Ascik, Esq.
United States Attorney
Room 233, U.S. Courthouse
100 Otis Street
Asheville, NC  28801

cc:
Judge                      ( )
Magistrate Judge           ( )
U.S. Marshal               ( )
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Court Reporter             ( )
Courtroom Deputy           ( )
Orig-Security              ( )
Bankruptcy Clerk's Ofc.    ( )
Other_____     ( )

Frank G. Johns, Clerk

Date:_____       By: _____
                              Deputy Clerk