# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:04CV251
### (1:00CR74)

| | | |
|---|---|---|
| RICHARD ALLEN JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for an extension of time in which to file supplemental materials. The Respondent has no objection to the motion.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for an extension of time in which to file supplemental materials is **ALLOWED**, and he has to and including March 28, 2005, in which to make such filing.

THIS the ____14th____ day of March, 2005.

_____
LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

United States District Court
for the
Western District of North Carolina
March 14, 2005


* * MAILING CERTIFICATE OF CLERK * *


Re: 1:00-cr-00074


True and correct copies of the attached were mailed by the clerk to the following:


M. Gordon Widenhouse Jr., Esq.
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC  27516


cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   (✓)
Probation                      (✓)
U.S. Attorney                  (✓)
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Court Reporter                 ( )
Courtroom Deputy               ( )
Orig-Security                  ( )
Bankruptcy Clerk's Ofc.        ( )
Other_____           ( )


Date: _3-14-05_

Frank G. Johns, Clerk

By: _____
        Deputy Clerk