# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:04CV251
### (1:00CR74)

RICHARD ALLEN JACKSON, )
)
    Petitioner, )
)
  Vs. )   **O R D E R**
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____ )

**THIS MATTER** is before the Court on the Petitioner's second motion for an extension of time in which to file supplemental materials.

The Court finds that, for the reasons stated in the motion and the Defendant having waived any time periods prescribed in 28 U.S.C. § 2266, a failure to allow the requested extension would be likely to result in a miscarriage of justice. **28 U.S.C. § 2266(b)(1)(C)(ii)(I).** The Court further finds that the ends of justice that would be served by allowing the delay outweigh the best interests of the public and the Petitioner in a speedy disposition of this application. **28 U.S.C. § 2266(b)(1)(C)(i).**

**IT IS, THEREFORE, ORDERED** that the Petitioner's second motion for an extension of time in which to file supplemental materials is **ALLOWED**, and he has to and including April 27, 2005, in which to make such filing.

**IT IS FURTHER ORDERED** that the Respondent shall have to and including May 27, 2005, in which to file response herein.

THIS the ___25ᵗ___ day of March, 2005.

_____

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

United States District Court
for the
Western District of North Carolina
March 25, 2005

jhg

* * MAILING CERTIFICATE OF CLERK * *

Re:   1:04-cv-00251

True and correct copies of the attached were mailed by the clerk to the following:

M. Gordon Widenhouse Jr., Esq.
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC  27516

Shelagh R. Kenney, Esq.
Center for Death Penalty Litigation
201 W. Main St.
Suite 301
Durham, NC  27701

Thomas R. Ascik, Esq.
United States Attorney
Room 233, U.S. Courthouse
100 Otis Street
Asheville, NC  28801

cc:
Judge                        ( L)
Magistrate Judge             ( )
U.S. Marshal                 ( L)
Probation                    ( L)
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Court Reporter               ( )
Courtroom Deputy             ( )
Orig-Security                ( )
Bankruptcy Clerk's Ofc.      ( )
Other_____       ( )

Date: March 25 2005

Frank G. Johns, Clerk

By: _____
       Deputy Clerk