LHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:00-CR-00074-1

FILED
ASHEVILLE, N. C.

APR 2 8 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA )
)
v. )
)
RICHARD ALLEN JACKSON )
)

## MOTION FOR ONE-DAY EXTENSION OF TIME
## TO FILE SUPPLEMENTAL MATERIALS

NOW COMES Richard Allen Jackson, by and through his undersigned counsel, and

moves this Court for an additional one (1) day in which to file his affidavits and supplemental

materials supporting his motion under 28 U.S.C. §2255. In further support of this request,

Jackson shows the following:

1. Richard Allen Jackson was convicted and sentenced to death in this Court.

Pursuant to his request, this Court has determined that he continues to be indigent and has

appointed counsel to assist him in the preparation, filing, and litigation of a motion to set

aside the judgment and sentence pursuant to section 2255. This comprehensive motion was

filed on 16 November 2004.

2. This Court allowed Mr. Jackson leave to file supplemental materials supporting

this motion. The supplemental pleading was due to be filed on 27 April 2005. Due to some

logistical difficulties, the undersigned needs an additional day to file these materials.

3. To the extent necessary to facilitate this motion, the undersigned waive any time periods prescribed in 28 U.S.C. §2266 and consent to any additional time the government might need to respond under these circumstances.

4. The undersigned has contacted opposing counsel, Richard L. Edwards, Assistant United States Attorney, and Matt Hellman, Trail Attorney, United States Department of Justice, who have indicated they do not oppose this one-day extension.

10. The interests of justice would best be served by allowing the undersigned an additional one (1) day, nunc pro tunc to 28 April 2005, in which to file the affidavits, documents, and supplemental materials in this matter.

WHEREFORE, Richard Allen Jackson respectfully requests that this Court grant him an additional one (1) day in which to file his supplemental materials in this matter.

2

RESPECTFULLY submitted this the 28th day of April, 2005.

**RUDOLF WIDENHOUSE & FIALKO**

M. Gordon Widenhouse Jr.
NCSB #10107
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:    919-967-4900
Telefax:        919-967-4953

**CENTER FOR DEATH PENALTY LITIGATION**

Shelagh Kenney
NCSB #28202
201 West Main Street
Suite 301
Durham, NC 27701
Telephone:    919-956-9545
Telefax:        919-956-9547

**ATTORNEYS FOR RICHARD ALLEN JACKSON**

3

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion for One-Day Extension of Time to File Supplemental Materials was duly served upon the following by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service.

This the 28th day of April, 2005.

**RUDOLF WIDENHOUSE & FIALKO**

M. Gordon Widenhouse, Jr.
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:    919-967-4900
Telefax:        919-967-4953

Served on:

Matt Hellman
United States Department of Justice
1331 K. Street, NW
Washington, DC 20530

Richard L. Edwards
Assistant United States Attorney
U.S. Courthouse
Asheville, NC

01-108.P20

4

Case 1:00-cr-00074-MR    Document 240    Filed 04/28/05    Page 4 of 4