IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV251
(1:00CR74)

| | |
|---|---|
| RICHARD ALLEN JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for an one-day extension of time in which to file his supplemental materials supporting his § 2255 petition. The Respondent has no objection to the motion.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is **ALLOWED**, and his supplemental materials filed April 28, 2005, are hereby deemed timely filed *nunc pro tunc*.

2

**Signed: May 4, 2005**

Lacy H. Thornburg
United States District Judge