IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV251
(1:00CR74)

| | |
|---|---|
| RICHARD ALLEN JACKSON,        )<br>                              )<br>           Petitioner,         )<br>                              )<br>    Vs.                       )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>           Respondent.        )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion for an *ex parte* hearing to seek additional funds for a private investigator and "other necessary expert assistance."

The Court will require a response to this motion from the Government.

**IT IS, THEREFORE, ORDERED** that the Government file response to the Petitioner's motion for an *ex parte* hearing on or before December 19, 2005.

2

**Signed: December 7, 2005**

Lacy H. Thornburg
United States District Judge