IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV251
(1:00CR74)

| | | |
|---|---|---|
| RICHARD ALLEN JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Respondent's motion for a 60-day extension of time in which to respond to the Petitioner's § 2255 petition and the amendments thereto. The Petitioner has no objections to the requested relief.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the time for filing such response is extended to and including November 15, 2006.

2

Signed: September 11, 2006

Lacy H. Thornburg
United States District Judge