IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV251
(1:00CR74)

| | |
|---|---|
| RICHARD ALLEN JACKSON, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion for leave to file a reply to the Respondent's memorandum in response to his § 2255 petition and the amendments thereto. The Respondent has no objections to the requested relief.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is **ALLOWED**, and such reply may be filed on or before **JANUARY 15, 2007**, and shall not exceed 25, double-spaced pages.

2

Signed: December 7, 2006

Lacy H. Thornburg
United States District Judge