**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:04-CV-251**
**(1:00-CR-00074)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **NOTICE OF APPEAL** |
| ) | |
| **RICHARD ALLEN JACKSON** ) | |
| ) | |

Notice is hereby given that Richard Allen Jackson, by and through his attorneys, M. Gordon Widenhouse, Jr. and Shelagh Rebecca Kenney, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered on June 19, 2009, denying Mr. Jackson's Motion to Vacate Conviction and Sentence Pursuant to 28 U.S.C. §2255, and from the Order denying Mr. Jackson's Motion to Alter or Amend Judgment filed on July 6, 2009, and denied by this Court in an Order filed on August 26, 2009.

Respectfully submitted this the 26th day of October 2009.

RUDOLF WIDENHOUSE & FIALKO

/s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse Jr.
NCSB #10107
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:      919-967-4900
Telefax:          919-967-4953

CENTER FOR DEATH PENALTY LITIGATION

/s/ Shelagh Rebecca Kenney
Shelagh Rebecca Kenney
NCSB #28202
201 West Main Street, Suite 301
Durham, NC 27701
Telephone:      919-956-9545
Telefax:          919-956-9547

ATTORNEYS FOR RICHARD ALLEN JACKSON

## CERTIFICATE OF SERVICE

This is to certify that I have this day served by electronic service, through the Court's ECF system, a copy of the foregoing Notice of Appeal on Jeffrey Bradford Kahan at jeffrey.kahan@usdoj.gov, Richard Lee Edwards at richard.edwards2@usdoj.gov, and Libra Joy Lange at libby.lange@usdoj.gov.

This the 26th day of October, 2009.

/s/ Shelagh Rebecca Kenney
Shelagh Rebecca Kenney