# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   Crim. No. 1 :OO-CR-00074-1 |
| Richard Allen Jackson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, the United States of America.                                                                          .

Date:      06/24/2016

s/Jeffrey B. Kahan
*Attorney's signature*

Jeffrey B. Kahan, PA no. 93199, CA (inact.) 174115
*Printed name and bar number*

U.S. Dept. of Justice, Capital Case Section
1331 F Street, NW; 6th Floor
Washington, DC 20530

*Address*

jeffrey.kahan@usdoj.gov
*E-mail address*

(202) 305-8910
*Telephone number*

(202) 353-9779
*FAX number*

# CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on June 24, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Defendant:

John Anderson Fagg , Jr: johnfagg@mvalaw.com, lindamelin@mvalaw.com

M. Gordon Widenhouse , Jr: mgwidenhouse@rudolfwidenhouse.com, mgwidenhouse@RWF-law.com, mgwidenhouse@yahoo.com

Shelagh Rebecca Kenney: shelagh@cdpl.org, barrie@cdpl.org

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN

1