**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:00-CR-00074-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **RICHARD JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The undersigned, Frank E. Shall of Moore & Van Allen PLLC, hereby gives notice of appearance in this action as counsel of record for Defendant Richard Jackson. The undersigned counsel is a member in good standing of the bar of the State of North Carolina and is admitted to practice in the Western District of North Carolina. The undersigned counsel is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court and agrees to abide thereto.

The undersigned requests service of all pleadings, notices, calendars, and other documents concerning or affecting this action.

Respectfully submitted this 27th day of June, 2016.

s/ Frank E. Schall
Frank E. Schall
NC State Bar No. 40052
**MOORE & VAN ALLEN PLLC**
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
frankschall@mvalaw.com

***ATTORNEYS FOR DEFENDANT***
***RICHARD JACKSON***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE**
with the Clerk of Court using the CM/ECF system, which will send notification of such filing to
the following counsel of record:

This the 27th day of June, 2016.

s/  Frank E. Shall