IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:16-CV-212-MR
[Criminal Case No. 1:00-CR-74-MR-1]

|  |  |
|---|---|
| RICHARD JACKSON, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Respondent. | ) |

**NOTICE OF APPEAL**

Please take notice that Petitioner Richard Jackson, through counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit this Court's March 31, 2020 Order [Doc. 22] and final Judgment [Doc. 23] and from each and every subsidiary adverse ruling and finding forming the basis for said Order and Judgment.

1

Respectfully submitted, this 29th day of May 2020.

/s/ Frank E. Schall
John A. Fagg, Jr.
N.C. State Bar No. 28516
Frank E. Schall
N.C. State Bar No. 40052
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC  28202
Telephone: (704) 331-1000
Fax: (704) 378-2092
johnfagg@mvalaw.com
frankschall@mvalaw.com

***ATTORNEYS FOR PETITIONER
RICHARD JACKSON***

2